01

02

03

04

05

06
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
07
AT SEATTLE

08  UNITED STATES OF AMERICA,                )
                                              )   CASE NO. MJ25-053
09          Plaintiff,                        )
                                              )
10  v.                                        )
                                              )   DETENTION ORDER
11  JUAN JOSE PRADO-ESTRADA,                  )
                                              )
12          Defendant.                        )
                                              )

13

14

Offenses charged:
15

    1.  Conspiracy to Distribute Controlled Substances.
16

    2.  Possession of Controlled Substances with Intent to Distribute
17

Date of Detention Hearing:    January 31, 2025.
18

        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f) and
19

based on the factual findings and statement of reasons for detention hereafter set forth, finds
20

that no condition or combination of conditions which defendant can meet will reasonably assure
21

the appearance of defendant as required and the safety of other persons and the community.
22

DETENTION ORDER
PAGE -1

01        FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

02        1.      Defendant has been charged with a drug offense, the maximum penalty of which

03   is in excess of ten years.   There is therefore a rebuttable presumption against defendant as to

04   both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

05        2.      Defendant poses a risk of flight because he does not have ties to this District, he

06   attempted to evade arrest, and has no release plan.   Defendant is a danger to the community

07   based on the nature of the instant offense, involving the distribution of large amounts of

08   controlled substances.   Defendant does not contest detention at this time.   Defendant

09   stipulated to detention without prejudice to reopening, which can be made by request of either

10   party.

11        3.      There does not appear to be any condition or combination of conditions that will

12   reasonably assure the defendant's appearance at future Court hearings while addressing the

13   danger to other persons or the community.

14   It is therefore ORDERED:

15   1.  Defendant shall be detained pending trial, and committed to the custody of the Attorney

16       General for confinement in a correction facility separate, to the extent practicable, from

17       persons awaiting or serving sentences or being held in custody pending appeal;

18   2.  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

19   3.  On order of the United States or on request of an attorney for the Government, the person

20       in charge of the corrections facility in which defendant is confined shall deliver the

21       defendant to a United States Marshal for the purpose of an appearance in connection with a

22       court proceeding; and

DETENTION ORDER
PAGE -2

01   4.   The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

02        the defendant, to the United States Marshal, and to the United State Probation Services

03        Officer.

04          DATED this 3rd Day of February, 2025.

05

06                        S. KATE VAUGHAN

                             United States Magistrate Judge

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3